Fairman v County of Monroe (2025 NY Slip Op 07144)

Fairman v County of Monroe

2025 NY Slip Op 07144

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND KEANE, JJ.

820 CA 24-00791

[*1]MICHELLE FAIRMAN, PLAINTIFF-RESPONDENT,
vCOUNTY OF MONROE, DEFENDANT-APPELLANT ET AL., DEFENDANT. (APPEAL NO. 5.)

JOHN P. BRINGEWATT, COUNTY ATTORNEY, ROCHESTER (ALISSA M. BRENNAN OF COUNSEL), FOR DEFENDANT-APPELLANT.
SLATER SLATER SCHULMAN, LLP, MELVILLE (NARAJ JAYANT PAREKH OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Joseph D. Waldorf, J.), entered April 19, 2024, in an action pursuant to the Adult Survivors Act. The order, insofar as appealed from, denied that part of the motion of defendants to dismiss plaintiff's first and seventh causes of action against defendant County of Monroe. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Wade v County of Monroe ([appeal No. 1] — AD3d — [Dec. 23, 2025] [4th Dept 2025]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court